UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>B. DAVIGA, et al.,<br><br>        Defendants. | 1:13-cv-01324-GSA-PC<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT FOR LACK OF SIGNATURE (Doc. 9.)<br><br>ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

   Corey Mitchell ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 21, 2013. (Doc. 1.) On December 9, 2013, Plaintiff filed an "amendment to the Complaint." (Doc. 7.) On December 11, 2013, the court issued an order striking the "amendment to the Complaint" for violation of Rule 220, with leave to file a First Amended Complaint. (Doc. 8.)

   On January 9, 2014, Plaintiff filed an unsigned First Amended Complaint. (Doc. 1.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's First Amended Complaint, filed on January 9, 2014, is STRICKEN from the record for lack of signature;

2. The Clerk's Office shall send Plaintiff a form § 1983 complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a Second Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **June 26, 2014**                                  **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE