UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHAVEZ, et al.,<br><br>　　　　　Defendants. | 1:13-cv-01324-DAD-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**October 20, 2016 at 2:00 p.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

　　This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Friday, **October 20, 2016 at 2:00 p.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case, a plan for proceeding toward trial, and discovery for this case, including but not limited to discovery addressed in Plaintiff's Motion to Compel filed on June 27, 2016. (ECF No. 48.) The parties should not submit additional materials or argument in advance of the status conference. To join the conference, each party is directed to call the toll-free telephone number **(888) 251-2909** and use Access Code **1024453**, at **2:00 p.m. on October 20, 2016.**

IT IS SO ORDERED.

　　Dated:　**September 16, 2016**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE