FILED

DEC 07 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CHAVEZ,<br><br>　　　Defendant. | Case No.: 1:13-cv-01324 - DAD - EPG<br><br>NOTICE AND ORDER THAT INMATE COREY MITCHELL, CDCR # F-23331, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The settlement conference in this matter concluded on December 7, 2016. Plaintiff inmate Corey Mitchell, CDCR # F-23331, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: 12/7/2016

_____
JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1