UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>             Plaintiff,<br><br>      v.<br><br>CHAVEZ, et al.,<br><br>             Defendants. | Case No. 1:13-cv-01324-DAD-EPG-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(ECF No. 67) |

Plaintiff Corey Mitchell, an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") has alleged a claim under the Eighth Amendment against Defendant Correctional Officer ("C/O") Chavez and Defendant Sergeant Sheldon for failure to protect.

Discovery concluded in this case on February 25, 2016. (ECF No. 20.) A Pretrial Conference is presently set for January 9, 2016 at 01:30 p.m. and a jury trial is confirmed for March 7, 2017 in Courtroom 5 before District Judge Dale A. Drozd. (ECF No. 56.)

On December 12, 2016, Plaintiff filed the instant motion for a 30-day extension of time as to the January 9, 2017 Pretrial Conference. (ECF No. 67.) He states that he was recently transferred to High Desert State Prison and his having difficulties accessing his legal papers.

The Court finds good cause for a one-time postponement of the Pretrial Conference. However, further extensions of time will not be granted absent extraordinary circumstances, and

the jury trial will remain set for March 7, 2017.

For the forgoing reasons, Plaintiff's motion for a 30-day extension of time (ECF No. 67) is GRANTED.  A telephonic trial confirmation hearing shall be reset to February 6, 2017 at 2:30 p.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.  Scheduling order to follow.

IT IS SO ORDERED.

Dated: **December 14, 2016**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE