UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAVEZ, et al.,<br><br>        Defendants. | Case No. 1:13-cv-01324-DAD-EPG-PC<br><br>ORDER APPOINTING COUNSEL |

      Plaintiff Corey Mitchell, an inmate in the custody of the California Department of Corrections and Rehabilitation ("CRCR") has alleged a claim under the Eighth Amendment against Defendant Correctional Officer ("C/O") Chavez and Defendant Sergeant Sheldon for failure to protect. On December 15, 2016, plaintiff filed a motion to appoint counsel. (ECF No. 72.) The court finds that the appointment of counsel is warranted. Daniel O. Jamison, Justin L. Thomas, and Micah K. Nilsson have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel is granted and Daniel O. Jamison, Justin L. Thomas, and Micah K. Nilsson are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

1

3. The Clerk of the Court is directed to serve a copy of this order on Daniel O. Jamison, Justin L. Thomas, and Micah K. Nilsson, Dowling Aaron Inc., 8080 N. Palm Ave., Suite 340, Bakersfield, CA 93309.

IT IS SO ORDERED.

Dated: **January 3, 2017**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE