UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAVEZ and SGT. SHELDON,<br><br>　　　　　　Defendants. | No. 1:13-cv-01324-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S REQUEST FOR AN EMERGENCY RESTRAINING ORDER<br><br>(Doc. Nos. 54, 59) |

　　　　Plaintiff Corey Mitchell, is appeared *pro se*[1] and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") and in his complaint has alleged a claim under the Eighth Amendment against defendants Chavez and Sergeant Sheldon for failure to protect plaintiff from a known risk of harm. Plaintiff declined magistrate judge jurisdiction, and this matter was therefore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

　　　　On November 1, 2016, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for an emergency restraining order be

---

[1] Plaintiff appeared pro se at the time when he filed the documents relevant to this order. Since then, however, the court has issued an order appointing counsel on his behalf. (*See* Doc. No. 73.)

1

denied.  (Doc. No. 59.)  The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within twenty days.  (*Id.*)  The time to file objections to those findings and recommendations has passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendation to be supported by the record and by proper analysis.

Accordingly,

1. The November 1, 2016 findings and recommendations (Doc. No. 59) are adopted in full; and
2. Plaintiff's motion for an emergency restraining order (Doc. No. 54) is denied.

IT IS SO ORDERED.

Dated:  **January 6, 2017**

UNITED STATES DISTRICT JUDGE