UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL, | Case No. 1:13-cv-01324-DAD-EPG-PC |
| Plaintiff, | ORDER VACATING TRIAL SCHEDULING ORDER AND SETTING STATUS CONFERENCE |
| v. | |
| CHAVEZ, et al., | ORDER DENYING MOTIONS AS MOOT |
| Defendants. | (ECF Nos. 70, 84) |

Plaintiff Corey Mitchell, an inmate in the custody of the California Department of Corrections and Rehabilitation ("CRCR") has alleged a claim under the Eighth Amendment against Defendant Correctional Officer ("C/O") Chavez and Defendant Sergeant Sheldon for failure to protect.

On December 15, 2016, plaintiff filed a motion to appoint counsel. (ECF No. 72.) The Court granted the motion to appoint counsel on January 3, 2017. (ECF No. 73.) Prior to the appointment of counsel, the Court entered a trial scheduling order. (ECF No. 70.) That order set various deadlines and hearings, including a Telephonic Trial Confirmation Hearing on February 6, 2017 and a Jury Trial set for March 7, 2017 before District Judge Dale A. Drozd. (*Id.*) Prior to receiving notification of appointment of counsel, Plaintiff filed several motions for the attendance of witnesses at the March 7 trial. (ECF Nos. 77-79.)

On January 20, 2017, the parties filed a stipulation to vacate the deadlines and hearings set

by the trial scheduling order and setting a telephonic status before Judge Erica P. Grosjean in order to set a new trial schedule.  (ECF No. 84)  The Court finds good cause to vacate the scheduling order and hold a status conference to select new dates including the trial date.

    Note that the Court intends to schedule those dates as close to the current schedule as possible and does not anticipate a lengthy delay before trial.  The parties should continue to prepare diligently for trial.

    The parties should also be prepared to address the motions for attendance of incarcerated witnesses during the status conference.  (ECF Nos. 77-79)

    IT IS ORDERED that the deadlines and hearings set by the December 14, 2016 trial scheduling order are hereby VACATED.  (ECF No. 70)

    A Status Conference is hereby set for February 6, 2017 at 2:00 p.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:  **January 23, 2017**             /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE