UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>          Plaintiff,<br><br>   v.<br><br>CHAVEZ, et al.,<br><br>          Defendants. | No. 1:13-cv-01324-DAD-EPG (PC)<br><br>ORDER TO FACILITATE TELEPHONE CALL |

Plaintiff is a state prisoner represented by court appointed attorneys Justin L. Thomas, Daniel O. Jamison, and Micah K. Nilsson, and is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Communication between attorney Thomas and his client, plaintiff Mitchell, is required in order for counsel to prepare for trial set for Tuesday, June 20, 2017. By this order, the court directs the Warden and the correctional staff at California Correctional Institution (CCI), to facilitate a confidential telephone call between appointed attorney Justin L. Thomas and his client, inmate Corey Mitchell (F-23331).

In accordance with the above,

1. The Warden, Litigation Coordinator, and other correctional staff as needed at CCI, shall facilitate a confidential telephone call between Corey Mitchell and appointed counsel.

/////

1

2. The confidential telephone call shall be placed on **Wednesday, June 14, 2017**, to begin at **11:00 a.m**. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling attorney Thomas at (661) 716-3000.
3. The telephone conversation shall be a confidential communication between appointed counsel and his client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Mitchell under visual surveillance during the telephone conversation.
4. Failure to comply with this order may result in the imposition of sanctions.
5. The Clerk of the Court is directed to serve this order by facsimile (661) 823-5023 and email on both the Warden and the Litigation Coordinator at CCI.

IT IS SO ORDERED.

Dated: **June 12, 2017**

UNITED STATES DISTRICT JUDGE