UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAVEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01324-DAD-EPG-PC<br><br>ORDER VACATING WRITS OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT<br><br>(ECF Nos. 106, 140.) |

　　　　The jury trial in this case has been continued to August 15, 2017 in Courtroom 5 (DAD) before District Judge Dale A. Drozd. (ECF No 143.)  Writs of habeas corpus ad testificandum were previously issued in this matter for the attendance of the incarcerated Plaintiff, Corey Mitchell. (ECF Nos. 106, 140.)  A new writ of habeas corpus ad testificandum will issue for the August 15, 2017 trial date.

　　　　Accordingly, the Court hereby VACATES the previous writs (ECF Nos. 106, 140.)  The Clerk is instructed to send a copy of this order to the litigation coordinator at California Correctional Institution.

IT IS SO ORDERED.

　　Dated:　**June 16, 2017**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2