IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| COREY MITCHELL |
|---|

               Plaintiff(s)

vs.

| CHAVEZ, SHELDON |
|---|

               Defendants.

_____/

No. 1:13-CV-1324-DAD-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, JUSTIN L. THOMAS , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 1/3/2017 , by the Honorable Erica P. Grosjean , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Expenses for service of subpoenas on witnesses for trial (based on estimate from First Legal Support Services, e-mail correspondence attached); payment to each witness for 1 day ($40) at trial and round trip mileage to court from home as follows:
> Bonnie DaViega (aka Bonnie Bolstad) $40/day, $34.24 mileage (64 miles r/t), Service Fee $77.75 = $151.99
> Christopher Joseph Lesniak $40/day, $44.94 mileage (84 miles r/t), Service Fee $77.75 = $162.69
> Peter Martin Morales $40/day, $117.70 mileage (220 miles r/t), Service Fee $61.25 = $218.95
> Alexander M. Kushnier, MD $40/day, $211.86 mileage (396 miles r/t), Service Fee $109.00 = $360.86
> Richard H. Speidell $40/day, $70.90 mileage (140 miles r/t), Service Fee $94.50 = $205.40
> Stephen C. Henderson $40/day, $117.70 mileage (220 miles r/t), Service Fee $61.25 = $218.95

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1318.84 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:13-cv-13-DAD-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $151.99 | Bonnie DaViega (aka Bonnie Bolstad) Trial Witness Fees | |
| $162.69 | Christopher Joseph Lesniak Trial Witness Fees | |
| $218.95 | Peter Martin Morales Trial Witness Fees | |
| $360.86 | Alexander M. Kushnier Trial Witness Fees | |
| $205.40 | Richard H. Speidell Trial Witness Fees | |
| $218.95 | Stephen C. Henderson Trial Witness Fees | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of June, 20 17, at Bakersfield, California.

_/s/ Justin L. Thomas_
Justin L. Thomas
Attorney for Plaintiff(s)


The above expenditure is ___X___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: _____

_E. P. _____
United States District Judge/Magistrate Judge