Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY MITCHELL

Plaintiff(s)

vs.

CHAVEZ, SHELDON

Defendants.

No. 1:13-CV-1324-DAD-EPG

REQUEST FOR AUTHORITY TO INCUR
COSTS (APPOINTED COUNSEL) AND
REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, JUSTIN L. THOMAS , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 1/3/2017 , by the Honorable Dale A. Drozd , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Initial Meeting with Plaintiff/Client at CDRC Tehachapi - $101 miles at $.53.5/mile = $54.04
Records from CDRC - 2,114 pages = $349.31 plus $10 for Certified Check from bank; charge cards/firm checks not acceptable form of payment to CDCR
Subpoena to CDRC for Records/Files = $108.50
Depositions of Defendant Sheldon 4/4/2017 = $419.03
Deposition of Defendant Chavez 4/4/2017 = $558.27

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,499.15 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

RECEIVED

JUN 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Case Number: 1:13-cv-13-DAD-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $54.04 | R/T travel to CDRC Tehachapi for initial client meeting | |
| $359.31 | Records from CDRC - 2,114 pages = $349.31, plus $10 for Certified Check | |
| 108.50 | Subpoena for CDRC Records/Files | |
| $419.03 | Deposition of Defendant Sheldon | |
| $558.27 | Deposition of Defendant Chavez | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of June , 20 17 , at Bakersfield , California.

Justin L. Thomas

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom
Number_____.

Dated: _____

United States District Judge/Magistrate Judge