UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAVEZ and SHELDON,<br><br>        Defendants. | Case No.: 1:13-cv-01324-DAD-EPG<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 16, 2017, AT 8:30 A.M.** |

Plaintiff Corey Mitchell #F-23331, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California, in Courtroom 5 on the 7th floor, on Wednesday, August 16, 2017, at 8:30 a.m., and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: **August 15, 2017**

                                                    UNITED STATES DISTRICT JUDGE

1