UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAVEZ and SHELDON,<br><br>    Defendants. | Case No.: 1:13-cv-01324-DAD-EPG<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 23, 2017, AT 1:00 P.M.** |

    Plaintiff Corey Mitchell #F-23331, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California, in Courtroom 5 on the 7th floor, on Wednesday, August 23, 2017, at 1:00 p.m., and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

    Dated:  **August 18, 2017**              /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE

1