UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAVEZ and SHELDON,<br><br>　　　　　　Defendants. | Case No.: 1:13-cv-01324-DAD-EPG<br><br>**AMENDED ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 23, 2017, AT 9:30 A.M.** |

Plaintiff Corey Mitchell #F-23331, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California, in **Courtroom 1 on the 8th floor,** on Wednesday, August 23, 2017, **at 9:30 a.m.,** and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: __**August 22, 2017**__　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1