# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHAVEZ and SHELDON,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01324-DAD-EPG<br><br>**ORDER PLAINTIFF NO LONGER REQUIRED FOR TRIAL** |

　　　Jury Trial as to Corey Mitchell #F-23331, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

　　Dated:　**August 23, 2017**　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1