UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721




## ORDER AND RECEIPT FOR TRIAL EXHIBITS

CASE NUMBER: 1:13-cv-01324-DAD-EPG

CASE NAME: **COREY MITCHELL vs. CHAVEZ and SHELDON**

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial.** The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

**The parties' agree that defense counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.**

IT IS SO ORDERED.

Dated: **August 23, 2017**

_____
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** August 23, 2017

**Plaintiff Attorneys: Justin Thomas and Micah Nilsson**

**Plaintiff Attorney Signatures:** _____ / _____


**DATE EXHIBITS RETURNED:** August 23, 2017

**Deft Attorneys: Edgar Nield and Michael Terhorst**

**Deft Attorney Signatures:** _____ / _____

This document certifies that the above referenced exhibits were returned.

Date: August 23, 2017

_____
**Renee Gaumnitz**
**Courtroom Deputy**