Daniel O. Jamison, Esq. (SBN 76880)
Micah K. Nilsson, Esq. (SBN 250919)
Justin L. Thomas, Esq. (SBN 288590)
**DOWLING AARON INCORPORATED**
5080 California Avenue, Suite 340
Bakersfield, CA 93309
Telephone: 661-716-3000
Email: djamison@dowlingaaron.com; mnilsson@dowlingaaron.com
jthomas@dowlingaaron.com

Attorney for Plaintiff, COREY MITCHELL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>             Plaintiff,<br><br>v.<br><br>CHAVEZ, ET AL<br>             Defendants. | Case No. 1:13-cv-01324-DAD-EPG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES**<br><br>**DATE:** February 6, 2018<br>**TIME:** 8:00 a.m.<br>**COURTROOM:** 10<br><br>Judge: Hon. Dale A. Drozd<br>Magistrate Judge: Hon. Erica P. Grosjean<br>Action Filed: 08/21/2013 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on February 6, 2018, at 8:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 10 of the above-entitled Court, Plaintiff will and hereby does move the Court by way of this Motion for Attorney's Fees for an award of $172,222.29 in attorneys' fees. Plaintiff makes this Motion under L.R. 293, Federal Rule of Civil and Procedure 54(d)(2), 42 U.S.C. § 1988.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, Declaration of Justin L. Thomas, Declaration of Daniel O. Jamison, the records and files of this Court, and upon such other oral and documentary evidence as may be presented at the time of the hearing.

Dated: January 9, 2018

Respectfully Submitted,

DOWLING AARON INCORPORATED

By: /s/ Justin L. Thomas
Micah K. Nilsson
Justin L. Thomas
Attorneys for Plaintiff
COREY MITCHELL

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF KERN       )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is Dowling Aaron Incorporated, 5080 California Avenue, Suite 340, Bakersfield, CA 93309. On January 9, 2018, I served the within document(s):

**NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES**

☒ **BY ELECTRONIC CM/ECF SYSTEM:** I hereby certify that on January 9, 2018, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

| | |
|---|---|
| Gabrielle De Santis Nield | Michael Anthony Terhorst |
| Edgar R. Nield | BEESON TERHORST, LLP |
| NIELD LAW GROUP, APC | 510 Bercut Drive, Suite V |
| Westlake Professional Center | Sacramento, CA 95811-0111 |
| 679 Encinitas Blvd, Suite 201 | **For Defendant Sgt. Sheldon** |
| Encinitas, CA 92024 | |
| **For Defendant Chavez** | |

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 9, 2018, at Bakersfield, California.

/s/ *Rhonda Sandidge*
Rhonda Sandidge