Daniel O. Jamison. Esq. (SBN 76880)
Micah K. Nilsson, Esq. (SBN 250919)
Justin L. Thomas, Esq. (SBN 288590)
**DOWLING AARON INCORPORATED**
5080 California Avenue, Suite 340
Bakersfield, CA  93309
Telephone: 661-716-3000
Email: djamison@dowlingaaron.com; mnilsson@dowlingaaron.com
jthomas@dowlingaaron.com

Attorney for Plaintiff, COREY MITCHELL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| COREY MITCHELL | Case No. 1:13-cv-01324-DAD-EPG |
|---|---|
| Plaintiff, | **DECLARATION OF DANIEL O. JAMISON IN SUPPORT OF MOTION FOR ATTORNEY'S FEES** |
| v. | |
| CHAVEZ, ET AL | |
| Defendants. | |
| | Judge: Hon. Dale A. Drozd |

DANIEL O. JAMISON DECLARES:

1.  I am an attorney at law and am a member of the Bar of this Court. I am employed with Dowling Aaron Incorporated, attorneys of record for Plaintiff Corey Mitchell. I have personal knowledge of the matters stated herein and if called as a witness, I am competent to testify to these matters. Attached hereto as Exhibit A is a true and correct copy of my curriculum vitae, current as of August 30, 2017

2.  I have reviewed Mr. Thomas's declaration and the time and expense records, both before and after redaction.  I have deleted or shown NO CHARGE for my time where it was felt to involve non-billable training.

/ / /

/ / /

3.  I have monitored the work of Mr. Nilsson and Mr. Thomas throughout the case. I believe the time records reflect work and expenses that were reasonable and necessary to obtain the result that was obtained in this case.

4.  I have practiced law in Fresno for 39 years, with the majority of my experience having consisted of civil litigation, which litigation practice for at least the last 17 years has mainly consisted of complex business and healthcare litigation. Within about the last twelve years, I have represented at least one litigant who contested the adverse party's motion for attorney fees, brought multiple successful motions for attorney fees, and successfully handled the appeal of at least two attorney fee awards. From this experience, as well as from the experience of others in Dowling Aaron Incorporated's Litigation Department, I have been and am familiar with attorney fee hourly rates generally charged in the Fresno community for legal services comparable to those that my firm and I have provided in connection with the above captioned case. For my experience and qualifications, the hourly rates of $380 and $395 for me, are at least comparable to what other comparable Fresno area attorneys charge for such services and are probably somewhat lower. The rates shown on the last page of Exhibit J to the Thomas Declaration for Mr. Nilsson and Mr. Thomas are also comparable to hourly rates charged by other Fresno area attorneys with their level of experience, expertise, and qualifications for such services. My hourly rates, and those for Mr. Nilsson and Mr. Thomas, in my opinion, are fair and reasonable for the Fresno community. The amalgamated rate of $198 per hour for the three attorneys is well within the reasonable hourly rate range for the Fresno region and is probably at the low end of that range, if not below it.

5.  The hourly rate shown for Paralegal Ms. Burnett also is comparable to rates charged for paralegals in the Fresno community for paralegals with her level of experience and qualifications. In my opinion, her rates are fair and reasonable for the Fresno community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January, 2017.

*/s/ Daniel O. Jamison*
DANIEL O. JAMISON

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) SS
COUNTY OF FRESNO      )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is Dowling Aaron Incorporated, 5080 California Avenue, Suite 340, Bakersfield, Ca 93309. On January 9, 2018, I served the within document(s):

**DECLARATION OF DANIEL O. JAMISON IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**

☒ **BY ELECTRONIC CM/ECF SYSTEM:** I hereby certify that on January 9, 2018, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

| | |
|---|---|
| Gabrielle De Santis Nield | Michael Anthony Terhorst |
| Edgar R. Nield | BEESON TERHORST, LLP |
| NIELD LAW GROUP, APC | 510 Bercut Drive, Suite V |
| Westlake Professional Center | Sacramento, CA 95811-0111 |
| 679 Encinitas Blvd, Suite 201 | **For Defendant Sgt. Sheldon** |
| Encinitas, CA 92024 | |

**For Defendant Chavez**

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 9, 2018, at Bakersfield, California.

/s/ Rhonda Sandidge
Rhonda Sandidge

009999-000012-02339042.DOCX-1