# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>CHAVEZ, et al.,<br><br>    Defendants. | No. 1:13-cv-01324-DAD-EPG (PC)<br><br>ORDER TO FACILITATE TELEPHONE CALL |

    Plaintiff is a state prisoner represented by court appointed counsel Justin L. Thomas, Daniel O. Jamison, and Micah K. Nilsson, and is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Communication between Mr. Thomas and his client is required to further advance this case through court proceedings. By this order, the court directs the Warden and the correctional staff at California Correctional Institution (CCI), to facilitate a confidential telephone call between appointed counsel Mr. Thomas and inmate Corey Mitchell (F-23331).

    In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, Litigation Coordinator, and other correctional staff as needed at CCI, shall facilitate a confidential telephone call between Corey Mitchell and appointed counsel.

2. The confidential telephone call shall be placed on **Monday, February 5, 2018**, to begin at **9:00 a.m**. and shall continue, without interruption, for a maximum of 60

1

minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Mr. Thomas at (661) 716-3000x115.

3. The telephone conversation shall be a confidential communication between appointed counsel and client and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Mitchell under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of CCI, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (661) 823-5023 and email on the Warden and Litigation Coordinator at CCI.

IT IS SO ORDERED.

Dated:  **February 1, 2018**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2